IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM COFER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:17-CV-576-WKW ) [WO] |
| INV. TEDDY MORRIS, INV. SHANNON FRAILEY, and MAJOR CLAY STEWART, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 6.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 claims in Grounds One and Three of the amended complaint are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff's § 1983 claim in Ground Two of the amended complaint is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i); and

4. The case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i–ii).

A separate final judgment will be entered.

DONE this 16th day of November, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE